# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 8, 2022

Lyle W. Cayce
Clerk

No. 22-60143

Angela Tate; Darshaun Young; Dena Myers,

*Plaintiffs—Appellees*,

*versus*

Total Foot Care, at its various locations if operating as Total Foot Care,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:19-CV-63

Before Wiener, Higginson, and Wilson, *Circuit Judges*.

Per Curiam:*

AFFIRMED. The evidence in support of the jury verdict is not insufficient and no reversible error of law appears. *See* 5th Cir. R. 47.6; 5th Cir. R. 28.2.2 ("Every assertion in briefs regarding matter in the record must be supported by a reference to the page number of the original

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-60143

record, whether in paper or electronic form, where the matter is found using the record citation form as directed by the Clerk of Court.").